IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| TRENTON LOWTHER, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 4:26-cv-818-CDL-AGH |
| C.O. MILLS, | * | |
| Defendant. | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated 10/8/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of October, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk